IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-1650-PSF-OES

MICHELE NEWTON,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a Wisconsin corporation; and
FORTIS BENEFITS INSURANCE COMPANY, a Minnesota corporation,

    Defendants.

## ORDER ON DEFENDANT FORTIS INSURANCE COMPANY'S STATUS REPORT

THIS MATTER is before the Court on Defendant Fortis Insurance Company's Status Report Regarding *Exxon Corp. v. Allapattah Services,* Withdrawal of Fortis' Motion to Remand Proceedings to State Court and Motion to Set Status Conference (Dkt. # 66) filed June 27, 2005.

D.C.COLO.LCivR 7.1A states:

> **Duty to Confer.** The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

In defendants' status report and motion, defense counsel states that while she and Lawrence W. Treece, Esq. attempted to confer with plaintiff's counsel before filing the status report and motion, counsel for plaintiff had not returned their phone calls or

emails prior to filing.  There is no indication of when the communications were made or the time that has elapsed since.  This does not constitute a sufficient good faith effort to "confer with opposing counsel . . . to resolve the disputed matter."  And it is not just a technical violation of Rule 7.1A, but in this case, a failure to engage in good faith discussions that could accelerate the progress of the case.  Accordingly, the Court declines to accept defendants' status report, which contained within it an express motion for a status conference and an implied motion to withdraw a motion, and DENIES the motions without prejudice.

DATED: June 28, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge