IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01650-PSF-OES

MICHELE NEWTON,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a Wisconsin corporation; and
FORTIS BENEFITS INSURANCE COMPANY, a Minnesota corporation,

    Defendants.

---

## ORDER SETTING STATUS CONFERENCE
---

THIS MATTER is before the Court on Fortis Insurance Company's Status Report (Dkt. # 66) and its Supplement (Dkt. # 69).  It is hereby

ORDERED that a status conference has been set for **July 7, 2005 at 2:00 p.m.**  Counsel may appear either in person or by telephone.  Counsel who wish to appear by telephone shall advise Judge Figa's chambers (303-335-2174) no later than **4:00 p.m. July 6, 2005.**  If there are more than one counsel desiring to appear by telephone, they are directed to arrange among themselves to call Chambers (303-335-2174) on a conference line **(no speaker, cordless or cell phones permitted)** at the appropriate time to be forwarded to the courtroom telephone.

    DATED:  June 30, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge