IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01650-PSF-OES

MICHELE NEWTON,

Plaintiff(s),

vs.

FORTIS INSURANCE COMPANY, a Wisconsin corporation; and
FORTIS BENEFITS INSURANCE COMPANY, a Minnesota corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 22, 2005

The Parties' Joint Submission of Suggested Scheduling Changes [filed July 20, 2005] is GRANTED.  The scheduling order shall be amended to reflect the following dates and deadlines:

- Certification deposition discovery deadlines
(excluding experts):                                           October 1, 2005

- Class certification experts:

    i.    Designation an provision of all information specified in Fed.R.Civ.P. 26(a)(2) of all pre-certification experts: August 30, 2005.

    ii.    Designation and provision of all information specified in Fed.R.Civ.P. 26(a)(2) of all rebuttal pre-certification experts: September 20, 2005.

    iii.    Certification expert deposition discovery deadline: October 30, 2005.

- Class certification motion to be filed by:          November 30, 2005