IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01650-PSF-OES

MICHELE NEWTON,

Plaintiff(s),

vs.

FORTIS INSURANCE COMPANY, a Wisconsin corporation; and
FORTIS BENEFITS INSURANCE COMPANY, a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 6, 2005

     Attachments one and two to Document 86, and Document 90 [each filed October 5, 2005] are hereby ORDERED STRICKEN and shall be removed from the Court docket.