## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01650-PSF-OES

MICHELE NEWTON,
Plaintiff,

v.

FORTIS INSURANCE COMPANY,
Defendants.

## ORDER

This matter came before the Court upon the Parties' Unopposed Joint Motion For Amendment To Scheduling Order Regarding Class Certification And Discovery Deadlines. It appearing to the Court that good cause exists for the granting thereof, it is hereby ORDERED that the Motion is GRANTED. The Scheduling Order in this case is according amended as follows:

    A.    The deadline for Plaintiff to file her motion for class certification and supporting memorandum and materials is **February 15, 2006.**

    B.    The deadline for the filing of Defendant's response to Plaintiff's motion for class certification is **April 3, 2006**.

    C.    The deadline for the filing of Plaintiff's a reply in support of her motion for class certification is **May 1, 2006.**

    D.    Defendant have to and including **February 1, 2006** to take the deposition of Mr. John Kezer.

    E.    Neither party will file any dispositive motion until after the Class Certification briefing is completed.

F.   In all other respects the Scheduling Order remains unchanged.

DATED this 9th of November, 2005.

                                                BY THE COURT

                                                s/ O. Edward Schlatter
                                                _____
                                                O. Edward Schlatter
                                                DISTRICT MAGISTRATE  JUDGE