IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01650-PSF-MEH

MICHELE NEWTON,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a Wisconsin corporation; and
FORTIS BENEFITS INSURANCE COMPANY, a Minnesota corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2006.**

Based upon the settlement negotiated in this matter, and with only matters concerning approval of the terms of the settlement in this class action still pending, the Plaintiff's Motion to Compel Responses to its First Set of Interrogatories and Requests for Production [Filed October 5, 2005; Docket #85] is **denied** without prejudice.