# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Phillip S. Figa

Civil Action No. 04-CV-01650-PSF-MEH

MICHELE NEWTON,

      Plaintiff,

v.

FORTIS INSURANCE COMPANY,

      Defendant.

_____

## ORDER APPROVING SECOND AMENDMENT
## TO CLASS ACTION SETTLEMENT AGREEMENT
_____

The Parties' Joint Motion to Approve Second Amendment to Class Action

Settlement Agreement **(Dkt. #116)** is GRANTED in its entirety.   It is therefore

ORDERED:

A.     The Parties' Second Amendment to Class Action Settlement Agreement is

approved in its entirety.

B.     The Settlement, as embodied in the Parties' Class Action Settlement

Agreement, as amended by the Parties' First Amendment to Class Action Settlement

and the Parties' Second Amendment to Class Settlement Agreement, is preliminarily

approved in its entirety, subject to the right of any Settlement Class Member to

challenge the fairness, reasonableness and adequacy of the Settlement Agreement, as

amended, and to show cause, if any exists, why the Settlement should not be finally

approved according to the terms of the Settlement Agreement, as amended.

C.     The Amended Notice of Proposed Settlement of Class Action and Hearing on Final Approval of Settlement, in the form attached as Exhibit B to the Motion, is approved as to form and content, and for distribution to Settlement Class Members, and shall be distributed in such form to the Settlement Class Members in accordance with the procedures set forth in the Settlement Agreement, as amended.

D.     The Claim Form, Release and Covenant Not To Sue, in the form attached as Exhibit C to the Motion, is approved as to form and content, and for distribution to Settlement Class Members, and shall be distributed in such form to the Settlement Class Members in accordance with the procedures set forth in the Settlement Agreement, as amended.

E.     The Notice to accompany the mailing of the Amended Notice of Proposed Settlement of Class Action and Hearing on Final Approval of Settlement and the Claim Form, Release and Covenant Not To Sue, attached hereto as Exhibit D to the Motion is approved as to form and content, and for distribution to Settlement Class Members, and shall be distributed in such form to the Settlement Class Members in accordance with the procedures set forth in the Settlement Agreement, as amended.

F.     Except as modified herein, the Court's Order of Preliminary Approval of Settlement and Order To Set Fairness Hearing, dated February 2, 2006, and the Court's Order Approving First Amendment To Class Action Settlement Agreement, are

reaffirmed and shall remain in full force and effect, subject to further Order of the Court.

DATED April 24, 2006.

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

3